**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 18-31635** |
| **VR KING CONSTRUCTION, LLC,** | **Chapter 7** |
| Debtor.[1] | |

## NOTICE OF APPEAL

Notice is hereby given that Robert Lewis, Jr., counsel for the VR King Construction, LLC (hereinafter "Debtor"), pursuant to 28 U.S.C §158 and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby appeals to the United States District Court for the Western District of North Carolina from the Order Granting Motions To Convert Case to Chapter 7 and Denying Motion for Order Requiring Turnover, Escrow or Prohibiting Use of Insurance Proceeds Coverage [Doc. No. 115], entered on April 11, 2019, and Order Denying Debtor's Motion Requesting Reconsideration of Order Granting Motions To Convert Case to Chapter 7 and Denying Motion for Order Requiring Turnover, Escrow or Prohibiting Use of Insurance Proceeds Coverage [Doc. No. 190] entered on September 6, 2019, by the Honorable Laura T. Beyer, Chief United States Bankruptcy Judge for the Western District of North Carolina. The Debtor filed a Motion to Reconsider pursuant to Bankruptcy Rules 59 and 60. The Court entered an Order Denying Debtor's Motion to Reconsider on September 6, 2019.

Pursuant to Bankruptcy Rule 8004 the Debtor hereby request that the Clerk of the Bankruptcy Court provide notice of appeal to counsels of record for interested parties. The Parties to the Order appealed from and the names, telephone and fax numbers of their respective attorneys are as follows:

Shelley K. Abel
Bankruptcy Administrator (via ECF)
402 West Trade Street
Suite 200
Charlotte, NC 27601
Tel: 704-3507590
Fax: 704-344-6666

---

[1] This case has been substantively consolidated with the following Chapter 11 debtors: VR Investments, LLC 18-31637 and Baranko Enterprises, Inc 18-31638

James H. Henderson (via ECF)
1120 Greenwood Cliff
Charlotte NC 28202-2826
Tel: 704-333-3444
Fax: 704-333-5003

A. Burton Shuford (via ECF)
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Tel: (980) 321-7005
Fax: (704) 943-1152

Vinroy W. Reid (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229

EXECUTED ON: September 20, 2019

s s/Robert Lewis, Jr.
Robert Lewis, Jr.
THE LEWIS LAW FIRM, P.A.
434 Fayetteville Street, Suite 2330
Raleigh, North Carolina 27601
(919) 719-3906 (phone)
(919) 573-9161 (Facsimile)
N.C. State Bar # 35806

## CERTIFICATE OF SERVICE

      I hereby certify that the attached NOTICE OF APPEAL was served upon the following parties by Electronic Court Filing (ECF) and mailing a copy of the same by first-class postage prepaid mail addressed as follows:

Shelley K. Abel
Bankruptcy Administrator (via ECF)
402 West Trade Street Suite 200
Charlotte, NC 27601
Tel: 704-3507590
Fax: 704-344-6666

James H. Henderson (via ECF)
1120 Greenwood Cliff
Charlotte NC 28202-2826
Tel: 704-333-3444
Fax: 704-333-5003

B. Burton Shuford (via ECF)
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Tel: (980) 321-7005
Fax: (704) 943-1152

Vinroy W. Reid (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229

EXECUTED ON: September 20, 2019    THE LEWIS LAW FIRM, P.A.

                                                       s/Robert Lewis, Jr.
                                                       ROBERT LEWIS, JR.
                                                       434 Fayetteville Street, Suite 2330
                                                       Raleigh, North Carolina 27601
                                                       (919) 719-3906 (phone)
                                                       (919) 573-9161 (Facsimile)
                                                       N.C. State Bar # 35806