UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CV-00472-GCM

VR KING CONSTRUCTION, LLC,

    Appellant.

    v.

Y2 YOGA COTSWALD, LLC,

    Appellee.

    PLEASE TAKE NOTICE that Robert Lewis, Jr., of The Lewis Law Firm, PA, enters his appearance on behalf of Appellant V.R. King Construction, LLC. Mr. Lewis is a member of the North Carolina State Bar and the Bar of this court.

    Respectfully submitted, this the 27th day of December, 2019.

    The Lewis Law Firm, P.A.

    s/Robert Lewis, Jr.
    ROBERT LEWIS, JR.
    Attorney for Debtor(s)
    NC Bar # 35806
    434 Fayetteville Street
    Suite 2330
    Raleigh, NC 27602
    Telephone: 919.719-3906
    Facsimile: 919.573.9161
    rlewis@thelewislawfirm.com

## CERTIFICATE OF SERVICE

I, Robert Lewis, Jr. do hereby certify, under penalty of perjury, that I am of sufficient age to tender service; and that on this day I had served the attached Notice of Appearance, by regular U.S. mail or by Electronic Case Filing System, upon the parties set forth below:

Shelley K. Abel
Bankruptcy Administrator (via ECF)
402 West Trade Street
Suite 200
Charlotte, NC 27601
Tel: 704-3507590
Fax: 704-344-6666

James H. Henderson (via ECF)
1120 Greenwood Cliff
Charlotte NC 28202-2826
Tel: 704-333-3444
Fax: 704-333-5003

A. Burton Shuford (via ECF)
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Tel: (980) 321-7005
Fax: (704) 943-1152

Vinroy W. Reid (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229

/s/Robert Lewis
ROBERT LEWIS, JR.
THE LEWIS LAW FIRM, P.A.
434 Fayetteville Street Suite 2330
Raleigh, NC 27601
Telephone: (919) 719-3906
Facsimile: 919-573-9161
rlewis@thelewislawfirm.com
N.C. State Bar no: 35806