FILED: February 3, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————————

No. 20-1836
(3:19-cv-00472-GCM)

———————————————

VR KING CONSTRUCTION, LLC

        Debtor - Appellant

v.

Y2 YOGA COTSWOLD, LLC

        Plaintiff - Appellee

and

ALLEN BURTON SHUFORD

        Trustee - Appellee

and

SHELLEY K. ABEL, US Bankruptcy Administrator, WDNC

        Appellee

———————————————

## J U D G M E N T

———————————————

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK